**Michael A. HOELSCHER, et al., Plaintiffs–Appellants**

v.

**John M. HUFF, et al., Defendants–Appellees.**

No. 13–1907.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 3, 2013.

Filed Dec. 10, 2013.

Michael A. Hoelscher, Jefferson City, MO, pro se.

Theresa Hoelscher, Jefferson City, MO, pro se.

Jeffrey O. Parshall, Joshua C. Devine, Ford, Parshall & Baker, LLC, Columbia, MO, for appellees George S. Milnor, Miller's Classified Ins. Co., and Miller's First Ins. Co.

Scott T. Jansen, Armstrong Teasdale, L.L.P., Jefferson City, MO, for appellee Mike Haymart d/b/a G&C Adjusting Services, L.L.C.

Glen R. Ehrhardt, Elizabeth H. Weber, Rogers, Ehrhardt & Weber, L.L.C., Columbia, MO, for appellee Wayne Bernskoetter d/b/a Wayne Bernskoetter Construction.

James C. Leritz, Leritz, Plunkert & Bruning, P.C., for appellees Victor R. Sapp, and Sapp Home Pro, Inc.

John F. Cooney, Danna McKitrick, P.C., Clayton, MO, for appellee Jude Markway d/b/a Jude Markway Construction.

Mary A. Long, Asst. Atty. Gen., Jefferson City, MO, for appellees John M. Huff, Carol A. Harden, and Mo. Dept. of Ins., Financial Institutions, and Professional Registration.

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Michael Hoelscher, Theresa Hoelscher, and C.M. Hoelscher, by Next Friend Theresa Hoelscher (the Hoelschers) appeal

806

the district court's[1] dismissal of their action alleging federal and state claims and the denial of their motions for default and for post-judgment relief. Reviewing the dismissal de novo, *see LeMay v. U.S. Postal Serv.*, 450 F.3d 797, 799 (8th Cir.2006), we agree it was proper. Because the Hoelschers were aware of their alleged injuries no later than December 2004, their 42 U.S.C. § 1983 claims were time-barred by Missouri's 5–year limitations period for personal-injury actions. *See Sulik v. Taney Cnty., Mo.*, 393 F.3d 765, 767 (8th Cir.2005), and cases cited. Having properly dismissed the federal claims, the district court did not abuse its discretion by declining to exercise supplemental jurisdiction over the Hoelschers' state law claims, *see* 28 U.S.C. § 1367(c)(3), or in denying their motions for default judgment and for post-judgment leave to amend their complaint. *See, e.g., United States ex rel. Roop v. Hypoguard USA, Inc.*, 559 F.3d 818, 822, 824 (8th Cir.2009).

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B. We deny as without merit all pending appellate motions.

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.